# EXHIBIT I

# FIRM RESUME

## WEXLER BOLEY & ELGERSMA LLP

55 W. Monroe St. Suite 3300 // Chicago, IL 60603
Phone 312.346.2222 // Fax 312.346.0022
www.wbe-llp.com // info@wbe-llp.com

# Table of Contents

The Firm...............................................................................2

Leadership Positions.........................................................4

Successes............................................................................7

Practice Areas and Representative Cases.................................9

    Antitrust...................................................................9

    Business and Commercial Litigation................................12

    Consumer Protection............................................13

    Privacy and Information Security.......................................13

    Government Representation..............................................14

    Healthcare Litigation...............................................14

    Securities and Corporate Governance...........................15

    Whistleblower and False Claims........................................16

Our Professionals.................................................................17

# The Firm

## WHO WE ARE.

Wexler Boley & Elgersma LLP is nationally recognized as a leading firm in complex class action and multidistrict litigation, from investigation to trial and appeals, within the following legal areas:

> // Antitrust
>
> // Business and Commercial Litigation
>
> // Consumer Protection
>
> // Government Representation
>
> // Healthcare Litigation
>
> // Securities and Corporate Governance
>
> // Whistleblower and False Claims

## WE WORK FOR ALL.

At WBE, we rely on the justice system to hold the powerful accountable for conduct that harms others. We are dedicated to protecting the rights and interests of all and, in this pursuit, represent shareholders, consumers, pension plans, institutional investors, businesses, governments, and organizations from all over the world. We act with the utmost integrity in our determination to achieve the most meaningful relief for our clients.

## WE GET RESULTS.

WBE is frequently retained by clients to pursue high-stakes litigation – often against some of the largest corporations represented by the most renowned law firms in the country. We regularly are asked by co-counsel to work with them and their clients on cases of wide-ranging importance. Through this work, we have helped shape the law and continue to pave the way for future successes for those aggrieved by fraud, antitrust violations, unfair competition, and other types of unlawful conduct.

# OUR WORK IS RECOGNIZED.

WBE attorneys have been recognized by their peers as well as by legal organizations for their outstanding level of service and commitment to the firm's cases and clients. Partner Ken Wexler has an **AV Preeminent** rating from Martindale-Hubbell – the highest peer review rating. Ken has been named an **Illinois Super Lawyer** since 2008, and other attorneys have been named Rising Stars.

WBE was named a highly recommended Illinois litigation firm in the 2012 inaugural edition of **Benchmark Plaintiff,** with Ken Wexler named as a local litigation star. Ken Wexler has received the same honors every year since.

> "Despite a small roster of attorneys, (Wexler Boley & Elgersma LLP) regularly goes toe-to-toe with some of the largest companies and corporations in the world."
> Benchmark Plaintiff, 2012

> "I admire very much the work that you have done in this case, and you have taught me something. I think I'm more knowledgeable and a better judge because I've had contact with you. And thank you very much."
> Hon. G. Patrick Murphy, *Clancy-Gernon Funeral Homes, Inc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.,* No. 09 Civ. 1008 (S.D. Ill.)

> "I wanted to express appreciation again to class counsel for taking this case. I believe these are the kind of cases Federal Courts should do and are appropriate for class resolution."
> Hon. Patti B. Saris, *In re Pharmaceutical Industry Average Wholesale Price Litig.,* MDL No. 1456, No. 01-cv-12257-PBS (D. Mass.) (final settlement hearing, with defendant GlaxoSmithKline, July 19, 2007)

> "[T]his multiplier is justified by the risk of non-recovery in this case and the need to reward counsel for their significant achievement on behalf of the End-Payor Class . . . End-Payor Plaintiffs' counsel are highly experienced in complex antitrust class action litigation . . . . they have obtained a significant settlement for the Class despite the complexity and difficulties of this case."
> Hon. John R. Padova, *Nichols v. SmithKline Beecham Corp.,* No. 00 Civ. 6222, 2005 U.S. Dist. LEXIS 7061, at *71-72, 79 (E.D. Pa. Apr. 22, 2005)

# Leadership Positions

Wexler Boley & Elgersma is frequently appointed as lead counsel and to plaintiff steering committees in complex, high-stakes litigation. Some of those appointments include:

| CASE | COURT | APPOINTMENT |
|---|---|---|
| Hogan, et al. V. Amazon.com, Inc., No. 21 C 3169 | N. D. Ill | Interim Co-Lead Counsel |
| In Re: Midwestern Pet Foods Marketing, Sales Practices and Product Liability Litigation, No. 3:21-cv-00007 | S. D. Ind. | Interim Co-Lead Counsel |
| Ciofoletti, et al. v. Securian Financial Group, et al., No. 18-cv-03025-JNE-ECW | D. Minn. | Interim Co-Lead Counsel |
| In re Xyrem (Sodium Oxybate) Antitrust Litigation, No. 20-md-02966-LHK | N.D. Cal. | Plaintiffs' Steering Committee |
| In re: DPP Beef Litigation, No. 20-cv-01319-JRT-HB | D. Minn. | Plaintiffs' Steering Committee |
| Powell Prescription Center, et al. v. Surescripts, LLC, No. 1:19-cv-006627 | N.D. Ill | Interim Co-Lead Counsel |
| Precious Plate, Inc., et al. v. Olin Corporation, et al., No. 1:19-cv-00990 | W.D. NY | Interim Co-Lead Counsel |
| In re Broiler Chicken Antitrust Litigation No. 16-cv-8637 | N.D. Ill. | Liaison Class Counsel |
| United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund, et. al. v. Allergan, PLC No.: 15-cv-12731 | D.C. Mass. | Co-Lead Counsel |
| In re Nexium (Esomeprazole) Antitrust Litig., 12-md-02409 | D. Mass. | Co-Lead Counsel |
| In re Actos End-Payor Antitrust Litigation, Case No. 13-cv-09244 | S.D.N.Y. | Interim Co-Lead Counsel |

| CASE | COURT | APPOINTMENT |
|---|---|---|
| Underwood v. I.F.F.A. Servs., No. 09-390-GPM; Clancy-Gernon Funeral Homes, Inc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., No. 09-1008-GPM; Pettett Funeral Home, Ltd. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., No. 10-1000-GPM | S.D. Ill. | Lead Settlement Class Counsel |
| Celebrex Antitrust Litigation No: 14-cv-0395 | E.D. Va | Interim Co-Lead Class Counsel |
| In re Suboxone Antitrust Litigation, MDL 2445 | E.D. Pa. | Interim Co-Lead Class Counsel |
| In re Niaspan Antitrust Litigation, Case No. 13-md-02460 | E.D. Pa. | Interim Co-Lead Counsel |
| Levine v. American Psychological Association, Inc., Case No. 10-cv-01780 | D.D.C. | Co-Lead Class Counsel |
| Roberts v. Electrolux Home Products Inc., Case No. 12-cv-1644 | C.D. Cal | Co-Lead Class Counsel |
| In re Skelaxin (Metaxalone) Antitrust Litigation, MDL No. 2343 | E.D. Tenn. | Plaintiffs' Executive Committee |
| In re Effexor XR Antitrust Litigation, Case No. 11-cv-05661 | D.N.J. | Plaintiffs' Executive Committee |
| In re Flonase Antitrust Litigation, Case No. 08-cv-3301 | E.D. Pa. | Plaintiffs' Executive Committee |
| In re Prograf Antitrust Litigation, Case No. 11-cv-11870 | D. Mass. | Plaintiffs' Executive Committee |
| In re Lipitor Antitrust Litigation, MDL No. 2332 | D.N.J | Interim Co-Lead Class Counsel |
| Gomez v. PNC Bank, National Association No. 1:12-cv-1274 | N.D. Ill. | Lead Class Counsel |
| In re Wellbutrin XL Indirect Purchaser Antitrust Litigation, Case No. 2:08-CV-02433-MAM | E.D. Pa. | Co-Lead Class Counsel |

| CASE | COURT | APPOINTMENT |
|------|-------|-------------|
| Carter v. Allstate Ins. Co., Case No. 02-CH-16092 | Cir. Ct. Ill. – Cook County | Co-Lead Counsel |
| In re Webloyalty.com, Inc. Marketing and Sales Practices Litigation No.: MDL No. 1820 | D. Mass. | Co-Lead Counsel |
| Levie v. Sears Roebuck & Co. et al, No. 1:04-cv-7643 | N.D.Ill. | Liaison Class Counsel |
| In re Medtronic, Inc. Implantable Defibrillators Products Liability Litigation, MDL No. 1726 | D. Minn. | Plaintiffs' Steering Committee |
| In re Pet Foods Products Liability Litigation, MDL No. 1850 | D.N.J. | Co-Lead Counsel |
| New England Carpenters Health Benefits Fund v. First Databank, Case No. 1:05-CV-11148 | D. Mass. | Co-Lead Class Counsel |
| In re BP Products North America, MDL No. 1801 | N.D. Ill. | Co-Lead Class Counsel |
| In re Hypodermic Products Antitrust Litigation No.: MDL No. 1730 | D.N.J | Co-Lead Class Counsel |
| In re Pharmaceutical Industry Average Wholesale Price Litigation, MDL No. 1456 | D. Mass. | Co-Lead Counsel |
| Nichols v. SmithKline Beecham Corp., Case No. 2:00-CV-06222-JP | E.D. Pa. | Co-Lead Class Counsel |
| Virginia M. Damon Trust v. Mackinac Financial Corp., f/k/a North Country Financial Corp., Case No. 2:03-CV-0135 | W.D. Mich. | Co-Lead Counsel |
| Stephen A. Ellerbrake and John E. Casey v. Campbell-Hausfeld et al. No.: 01-L-540 | Cir. Ct. Ill. – St. Clair County | Co-Lead Counsel |

**WBE** WEXLER BOLEY & ELGERSMA LLP

# Successes

Since its founding, the firm has participated in cases achieving millions of dollars in settlements and savings for its clients and consumers. In cases in which the firm has served as Co-Lead Counsel, it has recovered over a billion dollars for its clients. Listed below are some of the firm's representative settlements and verdicts.

## SIGNIFICANT RECOVERIES AND VERDICTS

| CASE | COURT | RECOVERY |
|---|---|---|
| *Roberts v. Electrolux Home Products, Inc.*, Case No. 12-cv-01644 | C.D. Cal. | Settlement valued at more than $35.5M |
| *In re Hypodermic Products Antitrust Litigation*, MDL No. 1730 | D.N.J. | Settlement of $22M |
| *New England Carpenters Health Benefits Fund v. First Databank*, Case No. 05-cv-11148 | D. Mass | $350M settlement with McKesson; $2.7M with FDB and Medispan |
| *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 | D. Mass. | Multiple settlements totaling more than $350M |
| *In re Guidant Defibrillators Products Liability Litigation*, MDL No. 1708 | D. Minn. | $195M |
| *Underwood v. I.F.F.A. Servs.*, No. 09-390-GPM; *Clancy-Gernon Funeral Homes, Inc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, No. 09-1008-GPM; *Pettett Funeral Home, Ltd. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, No. 10-1000-GPM | S.D. Ill. | $41.15M |
| *In re Flonase Antitrust Litigation*, Case No. 08-cv-3301 | E.D. Pa. | $46M |
| *In re OSB Antitrust Litigation*, Case No. 06-cv-00826 | E.D. Pa. | $120M |
| *In re Pet Food Products Liability Litigation*, MDL No. 1850 | D.N.J. | $24M |
| *In re Webloyalty.com, Inc. Marketing and Sales Practices Litigation*, MDL No. 1820 | D. Mass. | Allowed customers to recover up to 100% of unauthorized charges |

| CASE | COURT | RECOVERY |
|---|---|---|
| *In re BP Prods. North America, Inc. Antitrust Litigation*, MDL No. 1801 | N.D. Ill. | $15.25M |
| *In re Medtronic Inc. Implantable Defibrillator Products Liability Litigation*, MDL No. 1726 | D. Minn. | $75M |
| *Wington v. CB Richard Ellis, Inc.*, Case No. 02-cv-6832 | N.D. Ill. | A favorable settlement that made available monetary relief for eligible claimants, as well as a charitable contribution to the Commercial Real Estate Women Network |
| *In re Pressure Sensitive Labelstock Antitrust Litigation*, MDL No. 1556 | E.D. Pa. | $46.5M |
| *In re Synthroid Marketing Litigation*, MDL No. 1182 | N.D. Ill. | $87.4M |
| *Vista Healthplan, Inc. v. Bristol-Myers Squibb Co.*, Case No. 01-cv-01295 | D.D.C. | $135M settlement |
| *Nichols v. Smithkline Beecham Corp.* ("Paxil"), Case No. 00-cv-6222 | E.D. Pa. | $65M |

# Practice Areas

Wexler Boley & Elgersma is a nationally recognized leader in complex class action and multidistrict litigation, with a commitment to excellence and achieving meaningful relief for its clients. The firm's diverse litigation practice spans the areas of antitrust, business and commercial litigation, consumer fraud litigation, government representation, healthcare litigation, securities and corporate governance, and whistleblower and false claims litigation.

## ANTITRUST

Unfortunately, individuals and businesses sometimes violate the rules of our market-based system, imposing artificially inflated prices on market participants. Conduct prohibited by state and federal antitrust laws can take the form of illegally-maintained monopolies, price fixing, the improper exchange of competitive information, patent abuses, and other forms of unfair competition.

WBE is a leader in private antitrust enforcement, litigating a wide variety of class action cases involving many prominent industries, including the pharmaceutical, entertainment, service rental, lumber, energy, and electronic products industries.

Representative cases in the firm's antitrust practice area include:

*POWELL PRESCRIPTION CENTER, ET. AL. V. SURESCRIPTS, LLC, ET. AL., NO. 1:19-CV-06627 (N.D. Ill.)*
WBE, along with co-counsel, filed this class action suit alleging that Surescripts uses its monopolistic market share to conduct anticompetitive practices in the e-prescription markets, such as entering into loyalty agreements with certain customers that allow the company to charge higher transaction fees than would be possible in a competitive market, as well as issuing threats against customers to ensure no other market competitors emerged. The lawsuit also names RelayHealth and Allscripts— competitors that Plaintiffs allege entered into non-compete and exclusive dealing an agreements with SureScripts in exchange for a portion of SureScripts' monopoly profits.

*PRECIOUS PLATE, INC., ET. AL. V. OLIN CORPORATION, ET. AL., NO. 1:19-cv-00990 (W.D. NY.)*
WBE and its co-counsel filed this class action suit alleging that the largest domestic suppliers of caustic soda engaged in a conspiracy to fix the price at which caustic soda was sold in the United States. After years of declining prices, plaintiffs allege that the defendants engaged in coordinated supply reductions and redirection of domestic caustic soda supply to export markets, which allowed them to raise the price of caustic soda by nearly 50% over three years. These price increases would not have been possible absent defendants' coordinated and anticompetitive conduct.

*IN RE BROILER CHICKEN ANTITRUST LITIGATION, 16-CV-8637 (N.D. ILL.)*

WBE, along with co-counsel, filed this class action alleging that the nation's largest chicken producers (such as Tyson and Pilgrims) agreed with each other to limit the supply of broiler chickens, in order to raise the prices on chicken and chicken products. The Court appointed WBE as Liaison Counsel on behalf of a class of restaurants (and institutions, such as prisons and nursing homes) that purchased the defendants' chicken from a wholesaler. The plaintiffs are seeking to recover damages suffered when they overpaid on purchases of the defendants' chicken. The defendants filed motions to dismiss the case, but in November of 2017 the Court denied those motions almost entirely, issuing a 92-page opinion. The parties are in the discovery phase of the case, which will last into 2019.

*UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND, ET. AL. V. ALLERGAN, PLC NO.: 15-CV-12731 (D.C. MASS.)*

WBE filed this case against Allergan in June 2015 on behalf of a putative class of end-payors alleging that Plaintiffs and all Asacol end-payors were harmed by defendants' conduct in engaging in an unlawful "product hop." Patients had always paid for the brand name version of Asacol. In July 2013, a generic version was planned for release on the market, but because of the defendant's withdrawal of the drug from the market, a generic version does not exist and consumers are still paying higher prices for similar brand name versions. WBE was appointed co-lead counsel. The Hon. Judge Denise J. Casper of the United States District Court District of Massachusetts granted plaintiffs' motion for class certification and denied the defendants' motion for summary judgement. The First Circuit stayed the trial set to begin on January 22, 2018 pending the resolution of Defendants' appeal of the District Court's class certification decision.

*IN RE NEXIUM ANTITRUST LITIG., MDL NO. 2409 (D. MASS.)*

WBE, along with co-counsel, filed this antitrust class action, alleging that defendant AstraZeneca entered into non-competition agreements with a number of generic pharmaceutical manufacturers in order to delay marketing entry of generic versions of its blockbuster drug Nexium. Starting in October 2014, WBE participated in a six-week jury trial in the action; it was the first trial of a "reverse payment" antitrust action since the Supreme Court's *Actavis* decision. While the jury made several key findings in favor of the Plaintiffs, it ultimately returned a verdict in favor of defendants AstraZeneca and Ranbaxy. Plaintiffs have since moved for a new trial, and end-payor plaintiffs (represented by WBE and others) have moved for injunctive relief.

*IN RE LIPITOR ANTITRUST LITIG., MDL NO. 2332 (D.N.J.)*

WBE filed this class action against Pfizer Inc. and Ranbaxy Pharmaceuticals Inc., among others, seeking damages and equitable relief on behalf of end-payors of Lipitor and/or its generic bioequivalents for violations of antitrust and consumer protection laws. Plaintiffs allege that, among other things, defendants fraudulently procured a patent covering Lipitor and entered into an

anticompetitive settlement with Ranbaxy in order to keep generic versions of the blockbuster drug off of the market.

### NICHOLS V. SMITHKLINE BEECHAM CORP. ("PAXIL"), NO. 00-CV-6222 (E.D. PA.)

WBE served as co-lead counsel in this case involving alleged efforts by GlaxoSmithKline, including "sham" patent litigation, to keep generic versions of Paxil off the market. This case is believed to be one of the first, if not the first, to allege misuse of patents to delay generic competition in a pharmaceutical market brought under Section 2 of the Sherman Act (rather than Section 1). The case settled for $65 million.

### IN RE EFFEXOR XR ANTITRUST LITIG., NO. 11-CV-5661 (D.N.J.)

WBE was appointed to the Indirect Purchaser Class Executive Committee in this antitrust litigation against pharmaceutical manufacturer Wyeth, Inc. regarding its antidepressant Effexor XR. The complaint alleges that Wyeth fraudulently obtained a number of method-of-use patents for Effexor XR and engaged in sham litigation against sixteen potential generic competitors in an effort to protect the Effexor XR monopoly. Plaintiffs further allege that Wyeth entered into an anticompetitive settlement with the first generic ANDA filer, Teva Pharmaceutical Industries, Ltd., and its US subsidiary Teva Pharmaceuticals USA, Inc., which delayed the entry of generic Effexor XR competitors for more than two years.

For more information about the firm's Antitrust Litigation practice, please visit the firm's website, at http://www.wbe-llp.com/practice-areas/antitrust-litigation/.

# BUSINESS AND COMMERCIAL LITIGATION

Confronting well-heeled and well-represented adversaries, WBE attorneys represent businesses throughout the country in complex disputes ranging from breach of contract claims to business torts, including fraud, unfair competition, and breaches of fiduciary duty. The firm has represented small businesses on a contingency basis when those businesses were faced with litigating against larger adversaries that engaged in unfair and unlawful conduct.

Although WBE attorneys are always prepared to offer zealous advocacy for the firm's clients in state or federal courts, they also have employed creative approaches to successfully handle difficult cases through alternative dispute resolution such as mediation or arbitration. The firm's willingness to extend its services in cases that other firms are unwilling or unable to handle is just another testament to its commitment to positive change.

For more information about the firm's Business and Commercial Litigation practice, including summaries of representative cases, please visit the firm's website, at http://www.wbe-llp.com/practice-areas/business-commercial-litigation/.

# CONSUMER PROTECTION

WBE is a national leader in prosecuting consumer protection claims on behalf of both businesses and individuals in state and federal courts throughout the country. The firm has successfully prosecuted cases involving, but not limited to:

// unlawful environmental dumping
// improper Internet "lead generation" practices

// unfair billing practices of telecommunications companies

// mislabeling of dietary supplements

// the sale of defective drugs and household appliances

// unfair payment policies of health insurance companies

// false advertising by Internet service providers

// deceptive practices of social networking sites

// unlawful debt reduction scams

For more information about the firm's Consumer Protection practice, including summaries of representative cases, please visit the firm's website, at http://www.wbe-llp.com/practice-areas/consumer-protection/.

# PRIVACY AND INFORMATION SECURITY

In a digital age, there are few assets more valuable to companies than data on current or potential customers. Because of this, many companies place more importance on obtaining personal information than concern for consumer privacy. WBE is actively protecting the privacy rights of individuals by taking action against companies who disregard privacy laws and mishandle consumer data. Our efforts include matters involving:

// Electronic collection and disclosure of personal information to third parties without proper consent, in violation of federal and state privacy laws, including the California Consumer Privacy Act of 2018 (CCPA)

// Violations of the Illinois Biometric Information Privacy Act (BIPA), which is intended to safeguard personal biometric identifiers such as fingerprints, voice prints, and face, hand, and retina features

// Data breaches that result in personal information being exposed to nefarious parties

// Unsolicited text messages, excessive robocalls, and junk faxes; and

// Disregard for numerous privacy laws, including the Electronic Communications Privacy Act (ECPA), Children's Online Privacy Protection Act (COPPA), the Gramm-Leach-Biley Act that require financial institutions to provide consumer privacy notices explaining their information sharing practices, and similar federal and state privacy laws.

## GOVERNMENT REPRESENTATION

Our state, local, and federal governments are often victims of the same securities and healthcare frauds that are inflicted on businesses and individuals in the private sector. The government is an insurer through Medicare or Medicaid, and therefore overpays when brand name pharmaceutical manufacturers unlawfully suppress generic competition for their drugs. Similarly, government entities are investors with respect to their treasuries and pension plans. Thus, when false and misleading statements are issued by public companies, government entities are entitled to the same securities fraud damages that are available to private investors. Governments are also owed fiduciary duties in certain circumstances, and are often parties to multi-million-dollar contracts, the breach of which can result in significant damages.

WBE helps government entities recover the funds taken from them through the unlawful conduct of others. Ultimately, those funds belong to taxpayers, who are the intended beneficiaries of government services. WBE believes that government officials have not only the right, but also the obligation, to try to recover these assets for their constituents.

For more information about the firm's Government Representation practice, including summaries of representative cases, please visit the firm's website, at http://www.wbe-llp.com/practice-areas/government-representation/.

## HEALTHCARE LITIGATION

In the wake of ever-rising healthcare costs, WBE is at the forefront of legal action being taken nationwide to challenge wide-ranging fraudulent and unfair conduct in the healthcare industry. Our firm has prosecuted claims for:

> // reporting of fraudulent pharmaceutical prices

> // failures to recall defective health devices

> // an industry-wide conspiracy to increase the prices of over 400 brand name drugs

**WBE** WEXLER BOLEY & ELGERSMA LLP

// the filing of baseless lawsuits and administrative actions to delay generic drug entry

// challenging pharmaceutical manufacturers' marketing of prescription opioids

// a pharmacy's illegal substitution of more expensive versions of generic drugs

Bringing claims under RICO, the antitrust laws, state consumer protection statutes, and more, WBE has successfully prosecuted cases against some of the largest companies in the healthcare industry, including McKesson Corp., Becton Dickinson, AstraZeneca, GlaxoSmithKline, Abbott Laboratories, Bristol-Myers Squibb, Johnson & Johnson, and Bayer Corporation.

WBE's case against McKesson Corp. for manipulating the reimbursement benchmark for drug purchases resulted in one of the largest, if not the largest, RICO settlements ever.

For more information about the firm's Healthcare Litigation practice, including summaries of representative cases, please visit the firm's website, at http://www.wbe-llp.com/practice-areas/healthcare-litigation/.

## SECURITIES AND CORPORATE GOVERNANCE

Over the last few years, we have learned all too well that lack of regulation and oversight can lead to corrupt corporate leadership, lack of transparency regarding the risks of significant investments, and the repeated securitization of the same bad investments.

WBE has committed its resources to helping pension plans, governments, and others recover assets lost as a result of the weakness of mortgage-backed securities, auction rate securities, credit swaps, derivative swaps, and overextended securities lending programs. Through its membership in the National Association of State Treasurers, and its increased involvement in institutional finance and investment conferences, WBE has catapulted itself to the forefront of this area of litigation, seeking redress and the recovery of assets lost through gross negligence and breaches of fiduciary duties by those in whom institutional investors placed their trust and confidence.

Securities litigation can often result in changes to corporate governance and policies designed to prevent future misconduct. We believe the importance of this work cannot be overstated. The firm seeks to ensure that corporate officers and directors fulfill their responsibilities and provide full disclosure and transparency to those buying and selling securities, helping to ensure that our capital markets truly reflect the accurate information that should underlie every commercial transaction.

For more information about the firm's Securities and Corporate Governance practice, including summaries of representative cases, please visit the firm's website, at http://www.wbe-llp.com/practice-areas/securities-corp-governance/

## WHISTLEBLOWER AND FALSE CLAIMS LITIGATION

Under the Federal False Claims Act and state law counterparts, private citizens or "whistleblowers" may sue on behalf of the government for fraud committed against it.  This type of fraud costs taxpayers billions of dollars each year. If a case is successful, the government may be able to recover treble damages and civil penalties for each violation and the private citizen or "relator" can receive his or her attorneys' fees and costs, as well as a portion of the funds awarded by the court.

WBE is committed to seeing companies and individuals held responsible for fraud against the government and to representing private citizens willing to come forward and expose fraud.

For more information about the firm's Whistleblower and False Claims Litigation practice, including summaries of representative cases, please visit the firm's website, at http://www.wbe-llp.com/practice-areas/whistleblower-false-claims-litigation/.

# Our Professionals

Our legal team consists of professionals with a broad range of experiences and diverse backgrounds. Many of our lawyers serve as leaders in charitable institutions, teach at universities, and are members of national, state, and local bar associations. All of our professionals have earned the respect and admiration of our clients, judges, and co-counsel by the strength of their experience, diverse backgrounds, and overall commitment to excellence.

## OUR PARTNERS

The partners of Wexler Boley & Elgersma have been regularly selected as "Super Lawyers" and "Rising Stars" in Illinois. Named partner Kenneth A. Wexler is rated AV® Preeminent™ by Martindale-Hubbell, the highest rating in legal ability and ethics a lawyer can obtain. In addition, he has been named Illinois Local Litigation Stars by Benchmark Plaintiff every year since 2012.

## OUR ASSOCIATES

Our associates hail from some of the top schools in the nation and have been recognized for outstanding academic achievement. As law students, WBE associates served on the editorial boards of law reviews and journals, received academic honors, acted as student leaders, and participated in a variety of clinical programs to receive real-world legal experience before entering practice. Combined, our associates garnered 17 top of the class CALI awards for the highest grades in their courses and graduated with GPAs that placed them near the top of their respective law school classes.

## KENNETH A. WEXLER

## MANAGER AND FOUNDING PARTNER

Kenneth A. Wexler, the founder of the firm, is a 1980 graduate of the Georgetown University Law Center.  He received a Bachelor of Arts degree in 1977, *summa cum laude*, from Washington University in St. Louis, Missouri.

For over 30 years, Ken has devoted himself to helping those whose rights have been denied, or who have been victims of the unscrupulous or fraudulent actions of others, typically more powerful persons or entities.  Founder of Wexler Boley & Elgersma, Ken was also a founding partner of the firms formerly known as Miller Faucher Cafferty & Wexler LLP and Wexler Wallace LLP, respectively. He began his career and was a partner in the Chicago law firm now known as Much Shelist, PC.

Ken has been in leadership positions in cases with far-ranging subject matters, including brand name manufacturer suppression of competition from generic drugs, fraudulent and deceptive product overcharges, discrimination and harassment, corporate waste and mismanagement, cost recovery for defective medical devices, false advertising, and government fraud. Ken's practice is devoted to complex class action and commercial litigation, which includes a substantial amount of health care litigation, claims brought under federal and state false claims statutes, and cases alleging violations of the securities and antitrust laws. At present, Ken is particularly focused on protecting issuers of municipal bonds, recovering losses for pension funds and other investors that were victimized by unlawful and improvident securities lending practices, and cost-recovery for victims of health care fraud, including Taft-Hartley Funds, self-insured employers, and government entities.

Ken is a member of the Chicago Bar Association, Illinois State Bar Association, Federal Bar Association, American Bar Association, Chicago Council of Lawyers, American Association for Justice, and the Illinois Trial Lawyers Association. He is admitted to the bar in Illinois and is licensed to practice before the Illinois Supreme Court, United States District Court for the Northern and Southern Districts of Illinois, the United States Court of Appeals for the First, Second, Third, Sixth, and Seventh Circuits, and the United States Court of Appeals for the District of Columbia. With so many of the firm's cases pending in jurisdictions

across the country, Ken has also been admitted to practice *pro hac vice* in United States District Courts of California, Connecticut, the District of Columbia, Florida, Maine, Maryland, Massachusetts, Minnesota, Missouri, New Jersey, New Mexico, New York, Ohio, Pennsylvania, South Dakota, Tennessee, Virginia, and Wisconsin.

Along with bar activities, Ken is a fellow of The Roscoe Pound Institute and is a former member of the American Constitution Society for Law and Policy, the Center for International Legal Studies, the National Association of State Treasurers, and the Executive Committee of the Civil Rights for the Anti-Defamation League. Ken also volunteers with the Chicago coalition for the Homeless and is a lifetime member of the 100 Club of Chicago, which provides support for the families of first responders who died in the line of duty.

## JUSTIN N. BOLEY

## PARTNER

Justin N. Boley's principal area of practice is complex class action litigation in antitrust matters. Since joining the firm, he has been heavily involved with virtually all of the firm's pharmaceutical antitrust cases, including, among others: In re Nexium (Esomeprazole) Antitrust Litigation, In re Wellbutrin XL Antitrust Litigation; In re Prograf Antitrust Litigation, In re Lipitor Antitrust Litigation, In re Effexor Antitrust Litigation, In re Androgel Antitrust Litigation, and In re Skelaxin (Metaxalone) Antitrust Litigation. He has also worked on antitrust cases involving price-fixing in international commodities markets and manipulation of benchmark interest rates, and he has taken the lead on investigations into the cartelization of the credit derivatives market and price-fixing among online travel sites and hotels.

Justin came to the firm after attending school abroad and obtaining a Master's Degree in International Relations. During law school, Justin's focus on corporate law, finance, and complex litigation earned him numerous top-of-the-class academic honors; he was awarded CALI Awards in Antitrust, Contracts, Legal Analysis, Research, and Writing III, Commercial Arbitration, Natural Resource Law, and Legal Profession (Ethics). Justin was a member of the Public Interest Law Committee at DePaul College of Law for three years. He also worked as a member of the New Media Team in President Obama's Presidential campaign headquarters in Chicago, where he helped facilitate the online organizing efforts of grassroots groups nationwide.

Justin is admitted to the bar of the State of Illinois, Western District of Wisconsin, United State Court of Appeals, Seventh Circuit, and the United States District Court for the Northern District of Illinois.

## KARA A. ELGERSMA

## PARTNER

Kara A. Elgersma is a 2000 graduate of Georgetown University Law Center, with Bachelor of Arts Degrees in English and History obtained from the University of Kansas in 1997.

Kara came to Wexler Boley & Elgersma from K&L Gates LLP, where she was a partner. At K&L Gates, Kara was a member of the Antitrust and Trade Regulation Department, focusing on antitrust litigation, franchising and dealership disputes, class actions and other complex commercial litigation, as well as advising clients on a variety of regulatory matters, including antitrust, FCC, and energy regulatory policies.

Kara's experience includes all aspects of complex commercial litigation.  In addition, she is well-versed in arbitration, including pre-hearing case development and management, as well as the conduct of full hearings.

For six months in 2004, Kara was "on loan" to Kraft Foods Global, Inc., Northfield, Illinois, where she directly assisted the Chief Litigation Counsel for the company and handled a wide variety of litigation matters, including small and large product liability claims, general commercial litigation, civil investigative demands, business subpoenas, labor and employment litigation, and bankruptcy matters.

She is admitted to the bars of the Supreme Court of Illinois and Wisconsin, the District of Columbia Court of Appeals, the United States District Courts for the Northern District of Illinois, the District of Columbia, the District of Colorado and the Western District of Wisconsin, the United States Courts of Appeals for the Third, Fourth, Sixth, Seventh, and Tenth Circuits, and the Supreme Court of the United States.

Kara is a member of the American Bar Association, the Illinois State Bar Association, and the District of Columbia Bar Association.  She was a Board Member of the Competition Law360 Advisory Board for 2009 to 2010, and she was involved as a Board Member for Girls On The Run of Northern Virginia, as well as a volunteer with Chicago Volunteer Legal Services.

## BETHANY R. TURKE

### PARTNER

Bethany R. Turke joined Wexler Boley & Elgersma after practicing in the New York and Chicago offices of Latham & Watkins LLP. Bethany's practice at Latham involved a wide range of civil and criminal litigation matters, including securities litigation, contract disputes, government investigations, and employment matters. She was also very active in Latham's *pro bono* practice, working tirelessly on behalf of clients facing various immigration, employment, and housing discrimination issues. Before joining Latham & Watkins, Bethany served as a law clerk to the Honorable Cheryl L. Pollak of the United States District Court for the Eastern District of New York. She received her J.D. from Harvard Law School in 2006.

Bethany is actively involved on cases in a number of WBE's practice specialties, including the firm's antitrust, healthcare, and consumer protection practice areas.

## MARK J. TAMBLYN

### PARTNER

For over two decades, Mark J. Tamblyn has dedicated his career to handling complex litigation, on both the plaintiff and defense sides, securing meaningful relief by resolving real problems by settlement or verdict.

Mark began his legal career prosecuting consumer and antitrust class action cases. He expanded his breadth through defense of large companies concerning alleged wage and hour violations and alleged discriminatory practices in one of the largest labor and employment law firms in the country.

Mark developed early a national reputation for an aggressive yet sensible consensus-building approach toward the handling of complex litigation on behalf of his clients. He has organized and supervised to successful conclusion scores of class actions. He has been asked to lecture on the class action practice and the evolving legal developments affecting that practice. For public service, Mark has also served as a Deputy Attorney General in the California Department of Justice, Office of the Attorney General, representing large California state agencies and government officials primarily in complex, multi-party actions. There, he

was honored to be the only California Deputy Attorney General (of approximately 1,000 attorneys) to be chosen to participate in a national AG electronic discovery workshop comprising one representative for each state.

Mark was named a partner in 2006 and practiced in that capacity while operating the firm's California office until entering public service in 2012. Most recently, Mark's career came full circle by rejoining Wexler Boley & Elgersma in January 2019, where he continues to thrive.

## MELINDA J. MORALES
### OF COUNSEL

Throughout her career, Melinda ("Mindy") Morales has represented clients across a broad range of complex litigation on both sides of the courtroom. Mindy has over twenty years of experience in state and federal court advocating for both plaintiffs and defendants at the trial and appellate levels. This gives Mindy a unique perspective that allows her to anticipate her opposing counsel's methods and provides insight into their approach.

Mindy's early career was devoted to working exclusively on class action litigation in the areas of consumer fraud, antitrust, and securities. Over the years she has gained extensive experience handling disputes involving consumer protection laws, employment laws, insurance coverage issues, and commercial contract and partnership issues. In the class action arena, her accomplishments include acting as a core member of the trial and appellate team that obtained a $1 billion verdict on behalf of plaintiffs in a landmark consumer fraud case, co-authoring multiple winning appellate briefs, and arguing on behalf of plaintiffs to address the extraterritorial reach of the Illinois Consumer Fraud Act.

Mindy's desire to get back to helping regular people and businesses whose rights have been trampled, led her to Wexler Boley & Elgersma, where she serves as Of Counsel for the firm. When she's not advocating for her clients, Mindy enjoys spending time with her family, skiing, hiking, travelling, and volunteering at local charities.


**TYLER J. STORY**

**ASSOCIATE**

Beginning in law school, Tyler J. Story has focused his attention towards antitrust litigation.  While a student at Pennsylvania State University, he held two antitrust research assistant positions: one in which he explored issues of indirect purchaser standing in state antitrust suits, the other in which he focused specifically on the application of antitrust law and economics in the pharmaceutical industry

Since joining Wexler Boley & Elgersma, Tyler has been actively involved in various aspects of litigation concerning brand name manufacturer suppression of competition from generic drugs.

**ZORAN (ZOKI) TASIĆ**

**ASSOCIATE**

Zoki joined Wexler Boley & Elgersma in February 2021 to work on complex class-action litigation in the areas of antitrust, consumer protection, and healthcare. His work at the firm builds on his previous experiences as a plaintiff-side class-action attorney and as a trial attorney for the Antitrust Division of the U.S. Department of Justice.

Before joining the firm, Zoki worked in private practice as a plaintiff-side class-action attorney. During that time, he developed cases from scratch, oversaw all aspects of discovery, wrote class-certification briefs in multiple cases, and played an instrumental role in the drafting of the first consumer class-action complaint in what became the *In re: Zantac (Ranitidine) Products Liability Litigation* MDL. Zoki also had leading roles in a billion-dollar RICO case involving pharmaceutical pricing and a novel antitrust case concerning bid rigging in the market for search-engine advertising.

**EAGHAN DAVIS**

**ASSOCIATE**

Eaghan joined Wexler Boley & Elgersma in April 2022 to work on the firm's False Claims Act, Class-Action, Antitrust, and Employment matters.

Prior to joining the firm, Eaghan served as an Assistant Attorney General in the Criminal Division of the Office of the Illinois Attorney General from 2020 to 2022, where he was responsible for briefing and arguing cases before Illinois' trial courts, the Illinois Court of Appeals, the Illinois Supreme Court, and Illinois' federal district courts.

Eaghan served as a law clerk to Michigan Supreme Court Justice Richard Bernstein from 2019 to 2020, where he was exposed to some of the state's most pressing issues, and in his role, assisted the Justice in writing opinions in the "Flint Water" cases, which held that citizens could sue the State of Michigan for their injuries from ingesting tap water laced with lead, PFAS, and other harmful chemicals and bacteria.

While in law school, Eaghan interned for Michigan Supreme Court Chief Justice Bridget Mary McCormack, U.S. District Court for the Eastern District of Michigan Judge Victoria A. Roberts, and two plaintiffs' law firms that specialized in Class Action, Employment, and False Claims Act cases. While interning at one of those law firms, Eaghan assisted whistleblower attorneys litigating a seminal False Claims Act case before the United States Supreme Court, Universal Health Services, Inc. v. United States ex rel. Escobar, 136 S. Ct. 1989 (2016), which set new pleading requirements for False Claims Act whistleblowers nationwide.

As a junior in high school, Eaghan was appointed by United States Representative Peter Hoekstra to the House Page Program, where he lived on capitol hill, attended school in the Library of Congress, and worked on the floor of the House of Representatives during the passage of the "Bailout Bill" in 2008.