IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **COURTLESS RAMPEY, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:19-00220-JB-B |
| | ) |
| **WEST CORPORATION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### *DECLARATION OF CAITLIN RIPP ON BEHALF OF*
### *A.B. DATA, LTD. REGARDING SETTLEMENT ADMINISTRATION*

I, Caitlin Ripp, certify as follows:

1. I am a Project Manager with A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data") in Milwaukee, Wisconsin. My business address is 600 A.B. Data Drive, Milwaukee, WI 53217, and my telephone number is 414-961-7616.

2. I submit this Declaration (the "Declaration") in connection with the class action notice administration proceedings related to the above-captioned action (the "Action") in accordance with the Order Granting Preliminary Approval of Settlement (the "Order") and Settlement Agreement ("Settlement Agreement").

3. A.B. Data serves as the class action administration firm for the Action. This Declaration details the steps that were taken to implement notice per the terms of the Order, which steps consisted of the following:

   1) Disseminating the Notice to Class Members via U.S. Postal Service ("USPS") First-Class Mail, postage pre-paid; and

2) Receiving and processing Opt-Out Statements, Objections and Notices returned as undeliverable ("UAA").

## DISSEMINATION OF NOTICE

4. Prior to dissemination of the Notice to Class Members, A.B. Data received an Excel file ("Class List") containing the account holder names, mailing addresses, Social Security Numbers, Employment Start and End Dates, Account Status, and account balance as of 6/16/2022 from Counsel for the Defendant.

5. The Class List contains a total of 14,276 Class Members.

6. Prior to the initial mailing of the Notice to Class Members, A.B. Data standardized and updated the mailing addresses contained in the Class List using the National Change of Address ("NCOA") system maintained by the USPS and updated the data with any corrected information from the NCOA.

7. A.B. Data established a mailing address, specifically West ERISA Administrator c/o A.B. Data, Ltd., PO Box 173099, Milwaukee, WI 53217, to receive communication from Class Members, and UAA Notices.

8. A.B. Data established a phone number, specifically (877) 354-3788, to receive communication from Class Members.

9. A.B. Data established a website at www.RampeyLitigation.com.

10. On August 11, 2022, A.B. Data mailed the Notice to the 14,276 Class Members via First-Class Mail. The Notice provided instructions for Class Members to mail an Objection to Class Counsel and Defendants' Counsel, as well as the Clerk of Court, no later than October 10, 2022.

11. As of the date of this Declaration, 1,458 of the 14,276 Notices mailed to Class Members were returned by the USPS to A.B. Data as UAA once. Of the 1,458 UAA Notices, A.B. Data obtained updated mailing addresses for 1,196 Class Members obtained through third-party providers to which A.B. Data subscribes. Of the 1,196 Notices that were remailed at least once, 116 were returned a second time as UAA. In total, 13,957 Notices were successfully mailed, and 319 remain UAA.

12. As of the date of this Declaration, A.B. Data has received zero (0) objections.

13. The Settlement Fund is $455,000. The Net Settlement Fund vailable to pay Eligible Members was determined by subtracting Class Counsel's requested attorneys' fees ($290,000.00), Class Counsel's

requested costs (estimated to be $50,000.00), the requested Class Representative Compensation ($10,000.00), the Independent Fiduciary Fee ($25,000.00), and the Settlement Administrator's Fee Estimate ($85,273.23), and an 8% contingency amount ($40,273.23)  from the Total Settlement Amount ($875,000.00).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of November, 2022.



Caitlin Ripp

Case 1:19-cv-00220-JB-B   Doc# 77   Filed 11/08/22   Page 4 of 5   PageID# 898

3